See Attachment

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

GENERAL ACCIDENT INSURANCE, now
known as CGU INSURANCE CO.,
          Plaintiff

v.

JASON MILLER,
          Defendant

CASE NUMBER: 1:CV-01-154

**FILED**
**HARRISBURG**

JAN 2 9 2002

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of plaintiff General Accident Insurance now know as CGU Insurance Co. and against defendant Jason Miller.

Date: January 29, 2002

Certified from the record
Date 1-30-02
Mary E. D'Andrea, Clerk
Per _Jennifer Kennedy_
    Deputy Clerk

Mary E. D'Andrea, Clerk of Court

_Jennifer Kennedy_
(By) Jennifer Kennedy, Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 29, 2002

Re:  1:01-cv-00154   General Accident Ins v. Miller

True and correct copies of the attached were mailed by the clerk to the following:

Stephen E. Geduldig, Esq.
Thomas, Thomas & Hafer
P.O. Box 999
305 N. Front St.
Harrisburg, PA  17108

Michele J. Thorp, Esq.
Thomas, Thomas & Hafer, LLP
717-237-7105
305 North Front Street
P. O. Box 999
Harrisburg, PA  17108

David L. Lutz, Esq.
4503 N. Front Street
Harrisburg, PA  17110

cc:
Judge                           (✓)             ( ) Pro Se Law Clerk
Magistrate Judge                ( )             ( ) INS
U.S. Marshal                    ( )             ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   (✓)
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )   PA Atty Gen ( )
                                         DA of County   ( )   Respondents ( )

1-30-02