*Tpi given to Atty*

㉒
2-19-02
sc



FILED
FEB 15 2002
PER ___
HARRISB___ ___ TY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENERAL ACCIDENT INSURANCE, now known as CGU INSURANCE CO., <br>   Plaintiff | CIVIL ACTION – LAW <br><br> NO. 1:CV-01-0154 |
| v. | JUDGE YVETTE KANE |
| JASON E. MILLER, <br>   Defendant | JURY TRIAL DEMANDED |

### NOTICE OF APPEAL

Notice is hereby given that Defendant, Jason E. Miller, hereby appeals to the United States Court of Appeals for the Third Circuit from a final Order/Judgment by the Honorable Yvette Kane entered on January 29, 2002, granting the Plaintiff's Motion for Summary Judgment.

ANGINO & ROVNER, P.C.

_____
David L. Lutz
I.D. No. 35956
4503 N. Front Street
Harrisburg, PA 17110
(717) 238-6791
Attorney for Defendant

Date: 2-15-02

242608.1\DLL\MTG

## CERTIFICATE OF SERVICE

I, David L. Lutz, an employee of the law firm of Angino & Rovner, P.C., do hereby certify that I am this day serving a true and correct copy of NOTICE OF APPEAL upon all counsel of record via postage prepaid first class United States mail addressed as follows:

Michelle Thorp, Esquire
Thomas, Thomas & Hafer
305 N. Front Street
P.O. Box 999
Harrisburg, PA 17108-0999
Attorney for Plaintiff

Judge Yvette Kane
United States District Court - Middle
228 Walnut Street
Harrisburg, PA 17108

ANGINO & ROVNER, P.C.

_____
David L. Lutz
I.D. No. 35956
4503 N. Front Street
Harrisburg, PA 17110
(717) 238-6791
Attorney for Defendant

Date: 2-15-02

242608.1\DLL\MTG

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                       DISTRICT COURT NO.     1:01-CV-0154

GENERAL ACCIDENT INSURANCE         CT. OF APPEALS NO.

V.

JASON E. MILLER

NOTICE OF APPEAL FILED     2/15/02        Court Reporter:

FILING FEE:

NOTICE OF APPEAL    X PAID      NOT       SEAMAN

DOCKET FEE            X PAID      NOT       USA

CJA APPOINTMENT: (Attach Copy of Order)

\_\_\_\_ PRIVATE ATTORNEY

\_\_\_\_ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER

\_\_\_\_ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
       (Attach Copy of Order)

\_\_\_\_ MOTION GRANTED (IN FIRST INSTANCE)

\_\_\_\_ MOTION DENIED (IN FIRST INSTANCE)

\_\_\_\_ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
       (Attach copy of Order)

\_\_\_\_ GRANTED

\_\_\_\_ DENIED

\_\_\_\_ PENDING

COPIES TO:
Judge Yvette Kane                      David L. Lutz, Esquire
Stephen Geduldig, Esquire           Michelle Thorp, Esquire

PREPARED BY:    Shawna L. Cihak

**Deputy Clerk**

Date:    February 19, 2002



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

**MARY E. D'ANDREA**
Clerk of Court

Divisional Offices:

Harrisburg:      (717) 221-392
Williamsport: (570) 323-638

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:     General Accident Insurance  v.  Jason E. Miller
        USDC NO: 1:01-CV-0154
        USCA NO:
        E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

| | |
|---|---|
| _____ | **Civil Prisoner Case:** Case file and docket sheet available through RACER. |
| _____ | **Non-Prisoner *Pro Se* Civil Case:** Notice of Appeal and Docket Sheet available through RACER. |
| __X__ | **Non-Prisoner Civil Case or Criminal Case:** Notice of Appeal and Docket Sheet available through RACER. |
| _____ | **Civil Prisoner Case:** ___ Supplemental Record filed. Documents and docket sheet available through RACER. |
| _____ | **Non-Prisoner Civil Case or Criminal Case:** ___ Supplemental Record filed. Docket Sheet available through RACER. |

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Shawna L. Cihak
Deputy Clerk

Date: __February 19, 2002__