## Return Receipt

| | | |
|---|---|---|
| Your document: | 1:01-CV-154 | Notice of Appeal |
| was received by: | Patricia Coleman/CA03/03/USCOURTS | |
| at: | 02/20/2002 05:22:10 PM | |

**FILED**
HARRISBURG, PA
FEB 22 2002
MARY E. D'ANDREA, CLERK
Per _____

J. Kane