OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

267-299-4959

February 21, 2002

NOTICE OF DOCKETING OF APPEAL

**GENERAL ACCIDENT INSURANCE COMPANY**
n/k/a CGU Insurance Company

v.

**JASON E. MILLER**

No.: (01-cv-00154)

(Honorable Yvette Kane)

FILED
HARRISBURG, PA
FEB 22 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

An appeal by **Jason E. Miller** was filed in the above-caption case on **February 15, 2002**, and docketed in this Court on **February 21, 2002**, at No. 02-1513.

Kindly use the Appeals Docket No. **02-1513** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Shannon L. Craven** at scraven@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**