OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Harrisburgh_          Clerk of District Court                Date  _March 4, 2003_
    (District),

_Gen Accident Ins Co v. Miller_                               C. of A. No.  _03-1513_
(Caption)

_Jason E. Miller_
    (Appellants)

_01-cv-00154_
    (D.C. No.)

Enclosures:

**March 4, 2003**                    Certified copy of C. of A. Order by the Clerk
    (Date)

_____  Returned (Record)(Supplemental Record - First)

___XX_____  Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not released at this time until appeal(s) closed at No.(s)_____

_____  Please forward Certified List in Lieu of Record to this office.

_____  The certified copy of order issued as the mandate on_____
             is recalled.

                                       _Shannon L. Craven_         (267)-299-**4959**
                                            Deputy Clerk          Telephone Number
Receipt Acknowledge:

_____
    (Name)

_____
    (Date)

                                                              Rev. 3/13/00
                                        Appeals (Certified List in Lieu of Record)

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 02-1513</u>

Gen Accident Ins Co

vs.

Miller

Jason E. Miller, Appellant

(Middle District of Pennsylvania Civil No. 01-cv-00154)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

A True Copy:

_____
Marcia M. Waldron,
Clerk

Clerk
United States Court of Appeals
for the Third Circuit

Date: March 4, 2003

cc:
    David L. Lutz, Esq.
    Stephen E. Geduldig, Esq.
    Michele J. Thorp, Esq.